MEMO ENDORSED

# GOLDBERG AND WEINBERGER LLP
## Attorneys at Law

**630 Third Avenue, 18th Floor**
**New York, New York 10017**

Lewis Goldberg (N.Y., CT. & N.J.)
Stuart Weinberger (N.Y. & N.J.)

OTHER OFFICE:
REDDING, CT.

TEL: (212) 867-9595
FAX: (212) 949-1857

January 28, 2020

Honorable Judge Nelson Roman
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

    Re:    *Hong v. JP White Plains, Inc, d/b/a Haiku Asian Bistro White Plains, et.al.*
             Civil Action No.:19-cv-05018 (NSR)

Dear Judge Roman:

    Our firm represents Defendants in this case, and I am writing to respectfully request that the pre-motion conference currently scheduled for January 30, 2020 be adjourned.

    On January 22, 2020, this court issued an Order directing counsel for the parties to appear before Your Honor on January 30 for a pre-motion conference. Unfortunately, I am already scheduled to participate at a hearing at the National Labor Relations Board ("NLRB") on that day, in the matter of *Mendoza v. S. Hyman Plumbing Supplies (Case No: 02-RC-254934)*. I have conferred with Mr. John Troy, Esq., counsel for Plaintiff, and he does not consent to this request. Mr. Troy indicated that he would not consent to the adjournment because this matter has been pending for a lengthy period of time. Although Mr. Troy offered to push the conference back to a later time, that does not resolve the conflict as I will likely be at the NLRB hearing all day.

    This is Defendants' first request for an adjournment. Should this request be granted, no other future deadlines would be affected. I respectfully request that the conference be adjourned to another date and time that is convenient for the court. Please be advised that I will be out of the country from February 14 to February 23, 2020. Therefore, should the court grant this request, I would respectfully request that the new conference date not be scheduled while I am away.

    Thank you for your time and consideration regarding this matter.

*Pre-Motion Conf. adjourned from Jan. 30, 2020 until Feb. 6, 2020 at 11:00am. Clerk of the Court requested to ~~terminate~~ the motion (doc. 25)* SO ORDERED:

*Dated: Jan. 28, 2020*

HON. NELSON S. ROMAN
UNITED STATES DISTRICT JUDGE

JUDICIARY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
FILED: 1/28/2020

                                      Respectfully submitted,

                                            /S/
cc: John Troy, Esq                          Stuart Weinberger