MEMO ENDORSED

# GOLDBERG AND WEINBERGER LLP
## Attorneys at Law

**630 Third Avenue, 18th Floor**
**New York, New York 10017**

Lewis Goldberg (N.Y., CT. & N.J.)
Stuart Weinberger (N.Y. & N.J.)

OTHER OFFICE:
REDDING, CT.

TEL: (212) 867-9595
FAX: (212) 949-1857

The application is  X  granted.
___ denied.

March 23, 2020

Nelson S. Román, U.S.D.J.
Dated: March 25, 2020
White Plains, New York 10601

Honorable Judge Nelson Roman
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

Clerk of the Court requested to terminate the motion (doc. 30).

Re:  *Hong v. JP White Plains, Inc, d/b/a Haiku Asian Bistro White Plains, et.al.*
     Civil Action No.:19-cv-05018 (NSR)

Dear Judge Roman:

Our firm represents Defendants in this case, and I am writing to respectfully request an extension of the deadline for submission of Defendants' motion to dismiss.

On February 6, 2020, counsel for the parties participated in a pre-motion conference before Your Honor. Plaintiff filed an Amended Complaint on February 27, 2020. The current deadline for the filing of Defendants' motion to dismiss is March 30, 2020. The reason for the request for the extension is that our case file is at our office in Manhattan, and I am not currently able to access my office due to the COVID-19 health crisis. We respectfully request a three-week extension of the deadline. If granted, the deadline for Defendants' motion would be scheduled for April 20, 2020. We would respectfully request the following briefing schedule:

| | |
|---|---|
| Defendants' Motion to Dismiss | April 20, 2020 |
| Plaintiff's Opposition to Motion | May 20, 2020 |
| Defendants' Reply | June 3, 2020 |

We have conferred with Mr. John Troy, Esq., counsel for Plaintiff regarding this request. Mr. Troy will not consent to the extension. This is the first request for an extension.

Thank you for your time and consideration regarding this matter.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/25/2020


Respectfully submitted,

/S/
Stuart Weinberger

cc: John Troy, Esq