# Tilton Beldner LLP

www.tiltonbeldner.com

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 03/15/2024
```

626 RXR Plaza
Uniondale, NY 11556
Direct Tel.: (516) 262-3602
Fax: (516) 324-3170
jbeldner@tiltonbeldner.com

March 14, 2023

<u>Via ECF</u>
Hon. Judge Nelson Roman
U.S. District Court
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

**Defendants' request is GRANTED. The deadline for Defendants to respond to Plaintiffs' letter at ECF No. 153 is March 20, 2024. The Clerk of the Court is directed to terminate the motion at ECF No. 155.**
**Dated: March 15, 2024**
**White Plains, NY**

SO ORDERED:
HON. NELSON S. ROMAN
UNITED STATES DISTRICT JUDGE

Re:     <u>Hong v. JP White Plains, Inc, d/b/a Haiku Asian Bistro White Plains, et.al.</u>
        Civil Action No.:19-cv-05018 (NSR) (AEK)

Dear Hon. Judge Roman,

    This firm represents Defendants in the above-referenced matter. On February 23, 2024, Honorable Magistrate Judge Krause issued an order directing Plaintiffs to file a pre-motion conference letter on or before March 13, 2024, and directing Defendants to respond to Plaintiffs' letter by March 20, 2024 (Dkt # 152).

    This morning, Your Honor issued an order (Dkt #154) directing Defendants to respond to Plaintiffs' pre-motion conference letter by 12:00PM tomorrow, March 15, 2024. Defendants respectfully request that Defendants be permitted to respond to Plaintiff's letter by March 20th, which was the original deadline set by Honorable Judge Krause. I have several deadlines tomorrow in other matters, including responding to a subpoena issued by the New York State Department of Labor involving an audit. I have conferred with counsel for Plaintiff, and they have graciously consented to this request. This is Defendants' first request for an extension. Should the Court grant this request, no future deadlines would be affected.

    Thank you for your time and consideration regarding this matter.

Very truly yours,

_____/S/_____
Joshua Beldner

_____

*Tilton Beldner LLP*