USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/5/2025

# Tilton Beldner LLP

www.tiltonbeldner.com

626 RXR Plaza
Uniondale, NY 11556
Direct Tel.: (516) 262-3602
Fax: (516) 324-3170
jbeldner@tiltonbeldner.com

March 4, 2025

**MEMO ENDORSED**

*Via Email*
Honorable Judge Nelson S. Roman
U.S. District Judge
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

    Re:    *Hong v. JP White Plains, Inc, d/b/a Haiku Asian Bistro White Plains, et.al.*
             *Civil Action No.:19-cv-05018 (NSR)*

Dear Honorable Judge Roman:

    This firm represents Defendants in this case. On February 14, 2025, Your Honor issued an Order directing any party seeking leave to file a dispositive motion, to file a letter on or before March 7, 2025. I write to respectfully request a brief, seven-day extension of the deadline for Defendants to file a letter with the court regarding potential dispositive motion practice. We are still in the process of evaluating the merits of a potential motion for summary judgment, and are conferring with our clients about the same. In addition, counsel for Defendants and Plaintiffs have also engaged in preliminary discussion about potentially exploring a resolution. This is Defendants' first request for an extension. I have conferred with Ms. Tiffany Troy, Esq., of Troy Law PLLC, counsel for Plaintiffs, and she consents to this request. If granted, the new deadline to file such a letter would be March 14, 2025, and any responsive letter would be due on or before March 17, 2025.

    Thank you for your time and consideration regarding this matter.

Respectfully submitted,

Joshua Beldner

**The Court is in receipt of Defendants' letter dated March 4, 2025 requesting an extension of time to inform the Court of their intention to file dispositive motions. Defendants' request is GRANTED. Defendants shall have until March 14, 2025 to inform the Court. The Clerk of Court is directed to terminate the motion at ECF No. 173.**

**Dated: March 5, 2025**
    **White Plains, NY**

SO ORDERED:

NELSON S. ROMÁN
United States District Judge