USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/12/2025

# Tilton Beldner LLP

www.tiltonbeldner.com

626 RXR Plaza
Uniondale, NY 11556
Direct Tel.: (516) 262-3602
Fax: (516) 324-3170
jbeldner@tiltonbeldner.com

May 9, 2025

*Via Email*
Honorable Judge Nelson S. Roman
U.S. District Judge
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

**MEMO ENDORSED**

Re:   *Hong v. JP White Plains, Inc, d/b/a Haiku Asian Bistro White Plains, et.al.*
      Civil Action No.:19-cv-05018 (NSR)

Dear Honorable Judge Roman:

This firm represents Defendants in this case. I am writing to respectfully request an extension of time of the deadline for Defendants to serve their motion for summary judgment. The current deadline is one week from today – May 16, 2025. Defendants respectfully request an extension of three weeks, which, if granted, would make the new deadline June 6, 2025. This is Defendants' first request for an extension. The reason for the request is that other legal matters and deadlines have come in during the last several weeks which have required immediate attention and responses. I have conferred with Ms. Tiffany Troy, Esq., of Troy Law PLLC, counsel for Plaintiffs, and she consents to a two-week extension.

Should the court grant Defendants' request, we respectfully request that all deadlines be extended as follows:

| | |
|---|---|
| Defendants' motion | June 6, 2025 |
| Plaintiff's opposition | July 11, 2025 |
| Defendants' reply | July 25, 2025 |

Thank you for your time and consideration regarding this matter.

Respectfully submitted,

Joshua Beldner

---

The Court is in receipt of Defendants' request for an extension of time to file their motion for summary judgment. Defendants' request is GRANTED. The Court sets the following briefing schedule: Defendants' moving papers are to be served (not filed) on June 6, 2025; the Plaintiff's opposing papers are to be served (not filed) on or before July 11, 2025; Defendants are to serve their reply on July 25, 2025. All motion papers are to be filed on the reply date, July 25, 2025. The parties are further directed to provide an electronic copy of all motion papers by email to chambers as they are served as well as two hard copies by mail of all motion papers as they are served. The Clerk of Court is directed to terminate the motion at ECF No. 181.

Dated: May 12, 2025
       White Plains, NY

SO ORDERED:

NELSON S. ROMÁN
United States District Judge