# Tilton Beldner LLP

www.tiltonbeldner.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/2/2025

626 RXR Plaza
Uniondale, NY 11556
Direct Tel.: (516) 262-3602
Fax: (516) 324-3170
jbeldner@tiltonbeldner.com

May 30, 2025

*Via ECF*
Honorable Judge Nelson S. Roman
U.S. District Judge
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

   Re: <u>Hong v. JP White Plains, Inc, d/b/a Haiku Asian Bistro White Plains, et.al.</u>
      Civil Action No.:19-cv-05018 (NSR)

Dear Honorable Judge Roman:

  This firm represents Defendants in this case. I am writing to respectfully request an extension of time of the deadline for Defendants to serve their motion for summary judgment. The current deadline is one week from today – June 6, 2025. Defendants' respectfully request an extension of two weeks, which, if granted, would make the new deadline June 20, 2025. The reason for the request is that the parties have been engaged in very serious discussions about resolving this matter, and substantial progress has been made in recent days towards achieving that objective. Ms. Tiffany Troy, Esq., of Troy Law PLLC, counsel for Plaintiffs, and consents to this request. This is Defendants' second request for an extension.

  Should the court grant Defendants' request, we respectfully request that all deadlines be extended as follows:

   Defendants' motion   June 20, 2025

   Plaintiff's opposition   July 25, 2025

   Defendants' reply   August 8, 2025

  Thank you for your time and consideration regarding this matter.

Respectfully submitted,

*/s/ Joshua Beldner*
Joshua Beldner

---

**MEMO ENDORSED:**

Defendants' consented to request for an extension of time to serve their motion for summary judgment is GRANTED. The Court vacates the prior briefing scheduled for the following: Defendants' motion shall be served (not filed) on June 20, 2025; Plaintiff's opposition shall be served (not filed) on July 25, 2025; Defendants' reply shall be filed on August 8, 2025. All papers are to be filed on the reply date, August 8, 2025. The Clerk of Court is directed to terminate the motion at ECF No. 183.

Dated: June 2, 2025
  White Plains, NY

SO ORDERED:

*/s/ Nelson S. Román*
NELSON S. ROMÁN
United States District Judge