UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
YINGCAI HONG,
*on his own behalf and on behalf of others similarly situated,*

                        Plaintiff,      Case No. 19-cv-05018 (NSR) (AEK)

                  v.                      **NOTICE OF ACCEPTANCE OF RULE 68 OFFER OF JUDGMENT**

JP WHITE PLAINS INC.
    d/b/a Haiku Asian Bistro,
HAIKU @ WP INC.
    d/b/a Haiku Asian Bistro,
HAIKU BISTRO 149 INC.
    d/b/a Haiku Asian Bistro, and
SOONWAH LEE
    a/k/a Michael Lee,

                        Defendants.
------------------------------------------------------------------x

       On June  9  , 2025, Defendants JP WHITE PLAINS INC., HAIKU @ WP INC., HAIKU BISTRO 149 INC., and SOONWAH LEE served upon on Named Plaintiff YINGCAI HONG, and Opt-in Plaintiff LIN DING, Opt-in Plaintiff ZHONG LI, and Opt-in Plaintiff YIDI ZHAO (collectively "Plaintiffs") an Offer of Judgment pursuant to Rule 68 of the Federal Rules of Civil Procedure (annexed hereto as **Exhibit A**). Now, within fourteen (14) days of service of said offer, Plaintiffs hereby serve notice of their acceptance of said Offer of Judgment and the terms set forth therein, in accordance with Rule 68 and Rule 54 of the Federal Rules of Civil Procedure. Plaintiffs respectfully request that the Clerk enter judgment in accordance with the terms set forth in Defendants' Offer of Judgment.

Dated:  June         9    , 2025         Respectfully Submitted,
       Flushing, NY

                                                       Tiffany Troy, Esq.
                                                       TROY LAW PLLC
                                                        41-25 Kissena Boulevard

1

2

Suite 110
Flushing, NY 11355
T: (718) 762-1324
*Attorneys for Plaintiffs*