**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x

YINGCAI HONG,
*on his own behalf and on behalf of others similarly situated,*

                                      Plaintiff,       Case No. 19-cv-05018 (NSR) (AEK)

                v.

JP WHITE PLAINS INC.                                **PROPOSED JUDGMENT**
       d/b/a Haiku Asian Bistro,
HAIKU @ WP INC.
       d/b/a Haiku Asian Bistro,
HAIKU BISTRO 149 INC.
       d/b/a Haiku Asian Bistro, and
SOONWAH LEE
       a/k/a Michael Lee,

                                     Defendants.

------------------------------------------------------------x

The Honorable Nelson S. Roman, District Judge:

      Whereas pursuant to Rule 68(a) of the Federal Rules of Civil Procedure, Defendants JP WHITE PLAINS INC., HAIKU @ WP INC., HAIKU BISTRO 149 INC., and SOONWAH LEE, having offered to allow judgment be taken against them by consent Plaintiffs YINGCAI HONG, LIN DING, ZHONG LI, and YIDI ZHAO, in this action for a sum of **One Hundred One Hundred Eighty-Five Thousand Dollars ($185,000.00)** including all attorneys' fees and costs now accrued; the offer of judgment is made for purposes specified in Rule 68, and is not to be construed as an admission that the offerors are liable in this action or that consent Plaintiffs YINGCAI HONG, LIN DING, ZHONG LI, and YIDI ZHAO suffered any damage; Plaintiffs YINGCAI HONG, LIN DING, ZHONG LI, and YIDI ZHAO, through Tiffany Troy, Troy Law PLLC, on June 9, 2025 having accepted and provided notice that they have accepted Defendants' Offer of Judgment, dated June 9, 2025, and the matter having come before this Court, the Court now render it Order, that the Clerk should enter judgment dismissing the case in accordance with the acceptance of offer of judgment pursuant to Fed. R. Civ. P. 68 and directing the Clerk to close this case. It is hereby:

      **ORDERED, ADJUDGED, AND DECREED**, that for the reasons stated in the offer and acceptance of judgment pursuant to Rule 6, the Clerk shall enter judgment in the amount of **One**

**Hundred One Hundred Eighty-Five Thousand Dollars ($185,000.00)**, allocated as (a) $100,000.00 to Plaintiffs' counsel; and (b) 85,000.00 to Plaintiffs jointly and severally against Defendants JP WHITE PLAINS INC., HAIKU @ WP INC., HAIKU BISTRO 149 INC., and SOONWAH LEE, including attorney's fees and costs now accrued; plus post-judgment interest pursuant to 28 U.S.C. 1961; and that if any amounts remain unpaid upon the expiration of 90 days following the issuance of judgment, or ninety days after expiration of the time of appeal and no appeal is then pending, whichever is later, the total amount of judgment shall automatically increase by fifteen percent, as required by NYLL 198(4).

Dated: _____                    _____
                                                                    U.S.D.J.